1    STEVEN R. STOKER    154947
     **PASCUZZI, PASCUZZI & STOKER**
2    **A Professional Corporation**
     2377 West Shaw Avenue, Suite 101
3    Fresno, California  93711
     Telephone:    (559) 227-1100
4    Facsimile:    (559) 227-1290
     E-mail:       sstoker@pascuzzi.net
5
6    Attorneys for **Defendant, Red One-AAK JV, LLC and Defendant, Hartford Fire Insurance Company**
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10                          **\*\*\*\*\***

11   United States, For the Use of FAR WEST     Case No. 2:21-cv-00307-MCE-AC
     INSULATION CONTRACTING
12                                              **STIPULATION TO EXTEND PRETRIAL**
                       Plaintiff,               **SCHEDULING ORDER DATES AND**
13   vs.                                        **ORDER THEREON**
14   CALIFORNIA ENVIRONMENTAL
     SYSTEMS, INC., a corporation; RED ONE-
15   AAK JV, LLC, a limited liability company;
     HARTFORD FIRE INSURANCE
16   COMPANY, a corporation; and DOES 1
     through 10 inclusive,
17                                              Action Filed:  February 18, 2021
                       Defendants.              Trial Date:    None
18
19

20          IT IS HEREBY STIPULATED by and between the parties hereto through their

21   respective attorneys to the following in support of their request to the Court to modify the

22   pretrial scheduling order:

23          1.      The complaint was filed on February 18, 2021.  Subsequent to its filing, counsel

24   have cooperatively and diligently developed this case for resolution, disposition or trial through

25   discovery.

26          2.      This case centers around Defendant RED ONE-AAK JV, LLC (hereinafter

27   "RED ONE") being awarded a contract by the United States of America, through the US Army

28   Corps of Engineers ("USACE").  RED ONE and Defendant HARTFORD FIRE INSURANCE

**PASCUZZI, PASCUZZI & STOKER**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

1 COMPANY (hereinafter "Surety"), as surety, executed and delivered a Payment Bond, in the

2 amount demanded by the USACE, guaranteeing the payment to all persons supplying labor

3 and materials in the prosecution of the work provided for the contract, and any and all duly

4 authorized modifications thereof.

5       3.      On or about May 2019, RED ONE, as a general contractor, and CALIFORNIA

6 ENVIORNMENTAL SYSTEMS ("CES") entered into a subcontract agreement for the

7 provision of labor and materials for the Project.

8       4.      Plaintiff FARWEST, as a subcontractor to CES, entered into a subcontract

9 agreement with CES, whereby FARWEST agreed to provide certain labor services, materials

10 and/or equipment for the work relating to the purchase and installation of insulation and all

11 associated work related for the Project.

12       5.      FARWEST alleges that CES breached its subcontract in that it failed and

13 refused to pay FARWEST the balance of money owed for the work performed.

14       6.      The court issued an initial pretrial scheduling order on February 18, 2021.

15       7.      Subsequent to the issuance of the scheduling order, it was learned by counsel

16 for RED ONE that The Department of Labor Wage & Hour Division had initiated an

17 investigation of CES on a number of claims for failure to pay correct prevailing wages.

18       8.      Counsel for RED ONE has been in contact with Brandon Nuess, Assistant

19 District Director, U.S. Department of Labor, Wage & Hour Division, Sacramento District

20 Office regarding the length of the investigation.

21       9.      Counsel for RED ONE is informed by The Department of Labor, that the

22 investigation is taking longer than anticipated due to the number of prime contracts involved

23 and the challenges of aligning recordkeeping to ensure full credit is provided for monies in fact

24 paid by CES. An amicable working agreement to achieve this is in place and nearing an

25 important stage of completion.

26       10.    CES and RED ONE are not able to move forward towards a settlement until the

27 investigation by the Department of Labor is complete.

28 ///

**PASCUZZI, PASCUZZI & STOKER**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

11.     Given the foregoing factual representations, the parties stipulate and request that the court modify the pretrial scheduling order by extending all deadlines contained therein by nine months.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: September____, 2022                    PASCUZZI, PASCUZZI & STOKER


                                              _____
                                              Steven R. Stoker
                                              Attorneys for Defendant,
                                              RED ONE-AAK JV, LLC



DATED: September____, 2022                    CRAWFORD & BANGS, LLP


                                              _____
                                              Theresa Crawford Tate
                                              Attorneys for Plaintiff,
                                              Farwest Insulation Contracting


DATED: September____, 2022                    PORTER LAW GROUP, INC


                                              _____
                                              Jason A. Rose
                                              Attorneys for Defendant,
                                              California Environmental Systems, Inc.

**PASCUZZI, PASCUZZI & STOKER**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

-3-

**<u>ORDER</u>**

Having considered the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the pretrial scheduling order is modified in the following limited particulars:

1.   All deadlines contained within the pretrial scheduling order are extended by nine (9) months.

IT IS SO ORDERED.

DATED:  September 26, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation to Extend Pretrial Scheduling Order Dates