THERESA CRAWFORD TATE, 161072
CRAWFORD & BANGS, LLP
1290 E. CENTER COURT DRIVE, SUITE 100
COVINA, CA 91724
Telephone: (626) 915-1641 Ext. 203
Direct Dial: (626) 858-4203
ttate@builderslaw.com
Our File No. 5321.01

Attorneys for Plaintiff
Farwest Insulation Contracting

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, For the Use of FARWEST INSULATION CONTRACTING | Case No.: 2:21-cv-00307-MCE-AC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | |
| CALIFORNIA ENVIRONMENTAL SYSTEMS, INC., a corporation; RED ONE-AAK JV, LLC, a limited liability company; HARTFORD FIRE INSURANCE COMPANY, a corporation; and DOES 1 through 10 inclusive, | |
| Defendants. | |

Pursuant to a Settlement Agreement entered into between Plaintiff FARWEST INSULATION CONTRACTING and Defendant/Cross-Complainant RED ONE-AAK JV, LLC, these two parties have agreed to the Dismissal of the Complaint and Cross-Complaint (effectively dismissing the entire action) as follows:

1.     The Complaint shall be dismissed with prejudice as to RED ONE-AAK JV, LLC and HARTFORD FIRE INSURANCE COMPANY, and without prejudice as to CALIFORNIA ENVIRONMENTAL SYSTEMS, INC.

2.     The Cross-Complaint shall be dismissed with prejudice as to FARWEST INSULATION CONTRACTING and without prejudice as to CALIFORNIA ENVIRONMENTAL SYSTEMS, INC.

Pursuant to Fed.R.Civ.P.41(a)(2) the parties request an Order of Dismissal as set forth in the Stipulation above, with each party to bear its own attorneys' fees and costs.

DATED: October 3, 2023          CRAWFORD & BANGS, LLP


BY:____/s/_____
THERESA CRAWFORD TATE
Attorney for Farwest Insulation Contracting

DATED: October 3 , 2023          PASCUZZI, PASCUZZI & STOKER


BY:_/s/_____
STEVEN R. STOKER
Attorney for Red One-AAK JV, LLC, and
Hartford Fire Insurance Company

[Order following on page 3]

_____
**STIPULATION OF DISMISSAL AND ORDER - 2**

## <u>ORDER</u>

Having considered the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the case is dismissed as follows:

1.    The Complaint shall be dismissed with prejudice as to RED ONE-AAK JV, LLC and HARTFORD FIRE INSURANCE COMPANY, and without prejudice as to CALIFORNIA ENVIRONMENTAL SYSTEMS, INC.

2.    The Cross-Complaint shall be dismissed with prejudice as to FARWEST INSULATION CONTRACTING and without prejudice as to CALIFORNIA ENVIRONMENTAL SYSTEMS, INC.

IT IS SO ORDERED.

Dated:  October 5, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE